UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ELIQUIS (APIXABAN) PRODUCTS
LIABILITY LITIGATION                                                                 MDL No. 2754

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On February 7, 2017, the Panel transferred 18 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2017). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Denise L Cote.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Cote.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of February 7, 2017, and, with the consent of that court, assigned to the Honorable Denise L Cote.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 15, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK
BY _____
Deputy Clerk

IN RE: ELIQUIS (APIXABAN) PRODUCTS
LIABILITY LITIGATION                                         MDL No. 2754

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| ARIZONA | | | | |
| AZ | 4 | 16−00802 | Bowers v. Bristol−Myers Squibb Company et al | |
| CALIFORNIA CENTRAL | | | | |
| ~~CAC~~ | ~~2~~ | ~~16−08115~~ | ~~Ozra Lebastchi v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| ~~CAC~~ | ~~2~~ | ~~16−08124~~ | ~~Gabriel Dellutri v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| ~~CAC~~ | ~~2~~ | ~~16−08133~~ | ~~Dolores Williams v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| ~~CAC~~ | ~~2~~ | ~~16−08137~~ | ~~Mariano Aguirre et al v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| ~~CAC~~ | ~~2~~ | ~~16−09516~~ | ~~John Barsky et al v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| ~~CAC~~ | ~~2~~ | ~~17−00354~~ | ~~Johnny Jackson et al v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| ~~CAC~~ | ~~5~~ | ~~16−02280~~ | ~~Judy Hayes v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| ~~CAC~~ | ~~5~~ | ~~16−02621~~ | ~~William Altare et al v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| ~~CAC~~ | ~~8~~ | ~~16−01988~~ | ~~Norma Stuart v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| CALIFORNIA EASTERN | | | | |
| ~~CAE~~ | ~~2~~ | ~~17−00095~~ | ~~Stark et al v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| CALIFORNIA NORTHERN | | | | |
| CAN | 3 | 17−00074 | Margot Baker et al v. McKesson Corporation et al | |
| CALIFORNIA SOUTHERN | | | | |
| ~~CAS~~ | ~~3~~ | ~~16−02711~~ | ~~Quarg v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| ~~CAS~~ | ~~3~~ | ~~16−02719~~ | ~~Fonger et al v. McKesson Corporation et al~~ | Opposed 2/14/17 |
| LOUISIANA EASTERN | | | | |
| LAE | 2 | 16−15940 | Walker, et al v. Bristol−Myers Squibb Company, et al | |
| LAE | 2 | 17−00543 | Tudela v. Bristol−Myers Squibb, et al | |